UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greenville

Matthew Lee Widner )
)
_____ ) Case No. 2:23-CV-177
)
_____ )
(Enter above the NAME of the
plaintiff in this action.) ) Judge Travis R. McDonough
)
v.
LaDonna Hubbard ) Magistrate Judge
Brian McGinnis ) Cynthia R. Wyrick
_____ )
)
(Enter above the NAME of each
defendant in this action.) )

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I. PREVIOUS LAWSUITS

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO ( )

    B. If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to the previous lawsuit:

        Plaintiffs: _____

        _____

        Defendants: _____

        _____

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: Johnson County Jail

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Filed multiple Grievances with Administration

2. What was the result? Kept telling me they was doing what they were supposed to.

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO ( )

F. If your answer is YES,

1. What steps did you take? _____

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Matthew Lee Widner

Present address: 216 Honeysuckle St Mtn City, TN 37683

Permanent home address: 1661 Forge Rd Mtn City, TN 37683

Address of nearest relative: 8950 Hwy 91 N Laurel Bloomery, TN 37680

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: LaDonna Hubbard

Official position: Nurse Practitioner

Place of employment: Quality Correctional Health Care

C. Additional defendants: Brian McGinnis (Jail Admistriator)

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

I Started seeking medical attention because I was having trouble urinating everytime

3

I needed to use the bathroom. It would sometimes take as long as 3-5 minutes to even start a stream and then most of the time the stream would come out two streams and "V" shaped, sometimes it would even come out back towards my legs, I was peeing on myself, the floor, dripping down my legs after I'd walk away from the toilet. At first the Practitioner told me that I probably had an enlarged prostate and prescribed me Flowmax to reduce any swelling if any. I've informed Medical that I've had inconsistencies & irregularities in my stool. After a couple months the practictioner ordered a P.S.A test which I was told was OK. But still having problems I was told I would have to wait till I was released to see a uroligist that nothing could be done here because of the Administrition saying the jail didn't have medical budget. I have to sit on the toilet alot of times to keep from peeing on myself which is very embarrising

4

To have to do in front of other inmates. Every time I have to go when I have a bowal movement I have sperm come out of my urethia when I push, I've experinced numbness in my groan area. I lay around and cry because I'm worried it's cancer of some sort, I've got a broken wisdom tooth that I have to keep gauze packed between my jaw to keep from cutting my jaw because it's sharp edges. The practitioner told me in Sept 2023 she was going to put me on the list to see the dentist and here it is almost Feb 2024 and the jail administritor just told me this week that medical hasn't even informed him I needed to go to the dentist. I've begged and pleaded and argued with administrition to help me. It's made my time so hard trying to deal with this, I don't even half know how to go about this complaint. By the time I may even get any relief from this court I'll be out of jail, I've filled 2 motions in my sentencing court for relief thats been denied. My release date is April, 22, 2024. I feel like my health and well being

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I want to be furloughed or released so I can get the medical care I need.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 20th day of January, 2024.

*Matthew Widner*
Signature of plaintiff(s)

5