| | | |
|---|---|---|
| MATTHEW LEE WIDNER, | ) | |
| | ) | Case No. 2:23-cv-177 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Cynthia R. Wyrick |
| LADONNA HUBBARD and BRIAN MCGINNIS, | ) ) | |
| | ) | |
| *Defendants*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the order filed contemporaneously with this Order, this pro se prisoner's civil-rights action under 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Because the Court **CERTIFIED** in the order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT